AO 10
Rev 1/2010

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app §§ 101-111)

| 1. Person Reporting (last name first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WOOD KIMBA M | U S District Court, SDNY | 5/11/2010 |

| 4 Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U S District Judge (senior) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final | 01/01/2009<br>to<br>12/31/2009 |
|  | 5b. ☐ Amended Report |  |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Pearl Street<br>New York, N Y 10007 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions )*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1   Board Member | New York City Ballet, Inc |
| 2   Board Member | CEELI Institute |
| 3 |  |
| 4 |  |
| 5 |  |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements )*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M. | 5/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | | SOURCE AND TYPE |
|---|---|---|---|
| 1 | 2009 | (various) | Rockefeller Brothers Fund - Committee Fees |
| 2 | 2009 | (various) | Sonic Corp - various Board & Committee Fees |
| 3 | 2009 | (various) | Harding Services, Vestar, Irving Place Capital - Fee Income |
| 4 | 2009 | (various) | Source Capital Ltd. - Fee Income |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children  see pp 25-27 of filing instructions )*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M. | 5/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1 | Goldman. Sachs | Margin Account | none |
| 2 | Citibank | Line of Credit | P1 |
| 3 | Citibank | Line of Credit | none |
| 4 | Citibank | Line of Credit | none |
| 5 | ENM, Inc | Escrow Account | K |
| 6 | Vestar | Loans | K |
| 7 | Citibank | Rental Property Mortgage | N |
| 8 | American Express | Credit Card | J |
| 9 | | | |
| 10 | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1   See attached | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1 Income Gain Codes
(See Columns B1 and D4)
2 Value Codes
(See Columns C1 and D3)
Value Method Codes
(See Column C2)

A  $1,000 or less
F  $50,001 - $100,000
J  $15,000 or less
N  $250,001 - $500,000
P3  $25,000,001 - $50,000,000
Q  Appraisal
L  Book Value

B  $1,001 - $2,500
G  $100,001 - $1,000,000
K  $15,001 - $50,000
O  $500,001 - $1,000,000

R  Cost (Real Estate Only)
V  Other

C  $2,501 - $5,000
H1  $1,000,001 - $5,000,000
L  $50,001 - $100,000
P1  $1,000,001 - $5,000,000
P4  More than $50,000,000
S  Assessment
W  Estimated

D  $5,001 - $15,000
H2  More than $5,000,000
M  $100,001 - $250,000
P2  $5,000,001 - $25,000,000

E  $15,001 - $50,000

T  Cash Market

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A-H) | (2) TYPE | (1) VALUE CODE (J-P) | (2) VALUE METHOD (Q-W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J-P) | (4) GAIN CODE (A-H) | (5) IDENTITY (IF PRIVATE) |
| 1 EXXON CORP COMMON STOCK | B | DIVIDEND | L | T | | | | | |
| 2 CREST FUND LP (IRA) (SEE NOTE 1 IN SECTION VIII) | | NONE | P1 | T | | | | | |
| 3 GOLDMAN SACHS BANK DEPOSIT/CASH #1 (FKA GOLDMAN SACHS BANK DEPOSIT #2) | A | INTEREST | K | T | | | | | |
| 4 BLACKROCK INC COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 5 DEVON ENERGY CORP COMMON STOCK | A | DIVIDEND | J | T | PURCHASE | 5/8 | J | | |
| 6 SONIC COMMON STOCK | | NONE | K | T | | | | | |
| 7 STRYKER CORP COMMON STOCK | A | DIVIDEND | | | SOLD | 2/27 | K | B | |
| 8 WALGREEN CO. COMMON STOCK | A | DIVIDEND | K | T | PURCHASE | 5/8 | K | | |
| 9 CMA TAX EXEMPT FUND - ML #1 | A | DIVIDEND | L | T | | | | | |
| 10 MERRILL LYNCH ACCOUNT - ML #2 | | NONE | | | ACCOUNT CLOSED | 1/28 | J | | |
| ADDITIONAL COMMON STOCKS/MUTUAL FNDS (LINES 11-349) 11 ABB LTD | | NONE | | | PURCHASE | 8/3 | J | | |
| 12 | | | | | SOLD | 12/4 | J | | |
| 13 ABBOTT LABORATORIES | E | DIVIDEND | O | T | PARTIAL SALE | 2/27 | O | G | |
| 14 | | | | | PURCHASE | 4/24 | M | | |
| 15 | | | | | DONATED SOME SHARES (SEE LINE 400 BELOW) | 12/15 | L | F | |
| 16 ABERCROMBIE & FITCH CO | A | DIVIDEND | | | PURCHASE | 11/17 | J | | |
| 17 | | | | | SOLD | 12/4 | J | | |

| | A. | | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | DESCRIPTION OF ASSETS | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 18 | ACCENTURE LTD | | B | DIVIDEND | L | T | PURCHASE | 5/20 | K | | |
| 19 | | | | | | | PURCHASE | 6/4 | K | | |
| 20 | | | | | | | PARTIAL SALE | 6/10 | J | | |
| 21 | AETNA INC | | | NONE | | | PURCHASE | 5/26 | K | | |
| 22 | | | | | | | PARTIAL SALE | 7/21 | K | | |
| 23 | | | | | | | SOLD | 9/2 | K | B | |
| 24 | AGCO CORP | | | NONE | | | SOLD | 11/25 | J | | |
| 25 | AGRIUM INC | | A | DIVIDEND | | | PURCHASE | 5/27 | J | | |
| 26 | | | | | | | PURCHASE | 6/16 | J | | |
| 27 | | | | | | | PARTIAL SALE | 11/16 | J | A | |
| 28 | | | | | | | SOLD | 12/4 | J | A | |
| 29 | AKAMAI TECHNOLOGIES | | | NONE | | | PURCHASE | 11/16 | J | | |
| 30 | | | | | | | SOLD | 12/4 | J | A | |
| 31 | ALEXION PHARMACEUTICALS | | | NONE | | | PURCHASE | 7/31 | J | | |
| 32 | | | | | | | SOLD | 12/4 | J | A | |
| 33 | ALLERGAN INC | | A | DIVIDEND | | | PURCHASE | 3/3 | J | | |
| 34 | | | | | | | SOLD | 10/15 | J | B | |
| 35 | ALTERA CORP | | A | DIVIDEND | | | SOLD | 12/4 | J | | |

| | A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 36 | AMAZON.COM | | NONE | | | PARTIAL SALE | 7/2 | J | A | |
| 37 | | | | | | SOLD | 12/4 | K | D | |
| 38 | AMERICAN ELECTRIC POWER | A | DIVIDEND | | | PURCHASE | 5/20 | K | | |
| 39 | | | | | | SOLD | 9/2 | K | D | |
| 40 | AMERICA MOVIL | E | DIVIDEND | P1 | T | PARTIAL SALE | 3/2 | N | F | |
| 41 | | | | | | PARTIAL SALE | 12/4 | J | C | |
| 42 | AMETEK INC | A | DIVIDEND | | | SOLD | 9/8 | J | | |
| 43 | AMPHENOL CORP | A | DIVIDEND | | | SOLD | 12/4 | J | | |
| 44 | ANADARKO PETROLEUM CORP | A | DIVIDEND | M | T | PARTIAL SALE | 3/5 | L | | |
| 45 | ANGLO AMERICAN PLC | | NONE | | | PURCHASE | 7/15 | J | | |
| 46 | | | | | | SOLD | 12/4 | J | B | |
| 47 | ANSYS INC | | NONE | | | SOLD | 12/4 | J | | |
| 48 | AON CORP | A | DIVIDEND | | | SOLD | 2/26 | J | | |
| 49 | APACHE CORP | A | DIVIDEND | | | SOLD | 12/4 | J | | |
| 50 | APPLE COMPUTER INC | | NONE | | | PARTIAL SALE | 4/30 | J | A | |
| 51 | | | | | | PARTIAL SALE | 7/15 | J | B | |
| 52 | | | | | | PARTIAL SALE | 9/22 | J | A | |
| 53 | | | | | | PARTIAL SALE | 10/28 | J | A | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 54 | | | | | SOLD | 12/4 | K | D | |
| 55 ATWOOD OCEANICS INC | | NONE | | | PURCHASE | 10/23 | J | | |
| 56 | | | | | SOLD | 12/4 | J | | |
| 57 AVON PRODUCTS INC | A | DIVIDEND | | | SOLD | 12/4 | J | B | |
| 58 BABCOCK & BROWN | A | DIVIDEND | K | T | PURCHASE | 10/14 | K | | |
| 59 BAIDU INC | | NONE | | | PURCHASE | 2/24 | J | | |
| 60 | | | | | SOLD | 12/4 | J | D | |
| 61 BANK OF AMERICA | B | DIVIDEND | L | T | PURCHASE | 1/8 | L | | |
| 62 | | | | | PARTIAL SALE | 2/6 | J | | |
| 63 | | | | | SOLD | 2/9 | K | | |
| 64 | | | | | PURCHASE | 6/10 | K | | |
| 65 | | | | | PURCHASE | 6/15 | K | | |
| 66 BARD C R INC | A | DIVIDEND | | | SOLD | 8/7 | J | | |
| 67 BARRICK GOLD CORP | A | DIVIDEND | | | PURCHASE | 3/16 | J | | |
| 68 | | | | | SOLD | 12/4 | J | B | |
| 69 BERKSHIRE HATHAWAY | | NONE | N | T | | | | | |
| 70 BHP BILLITON LTD | A | DIVIDEND | L | T | PURCHASE | 6/10 | K | | |
| 71 | | | | | PURCHASE | 6/15 | K | | |

| DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A. | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 72 BLACKROCK INC | E | DIVIDEND | P1 | T | PARTIAL SALE | 2/20 | N | F | |
| 73 | | | | | PARTIAL SALE | 3/2 | L | E | |
| 74 BOEING CO | A | DIVIDEND | | | SOLD | 2/25 | K | | |
| 75 BROADCOM CORP | | NONE | | | SOLD | 12/4 | J | C | |
| 76 BUCYRUS INTL | A | DIVIDEND | | | PURCHASE | 9/1 | J | | |
| 77 | | | | | SOLD | 12/4 | J | | |
| 78 CABOT OIL & GAS | A | DIVIDEND | M | T | PURCHASE | 1/8 | L | | |
| 79 | | | | | PARTIAL SALE | 3/5 | K | | |
| 80 | | | | | SOLD | 3/6 | K | | |
| 81 | | | | | PURCHASE | 4/13 | K | | |
| 82 | | | | | PURCHASE | 4/24 | K | | |
| 83 | | | | | PURCHASE | 6/26 | K | | |
| 84 CAMERON INTL | | NONE | | | PURCHASE | 6/17 | J | | |
| 85 | | | | | SOLD | 12/4 | J | A | |
| 86 CARPENTER TECHNOLOGY | A | DIVIDEND | K | T | PURCHASE | 9/2 | K | | |
| 87 CELGENE CORP | | NONE | | | SOLD | 12/4 | J | A | |
| 88 CF INDUSTRIES HOLDINGS INC | A | DIVIDEND | | | PARTIAL SALE | 2/26 | J | | |
| 89 | | | | | SOLD | 3/12 | J | A | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 90  CHECKPOINT SOFTWARE | | NONE | | | PURCHASE | 3/31 | J | | |
| 91 | | | | | SOLD | 11/13 | J | B | |
| 92  CHICAGO MERCANTILE EXCH/AKA CME GROUP INC | A | DIVIDEND | | | SOLD | 12/4 | J | B | |
| 93  CISCO SYSTEMS | | NONE | | | SOLD | 12/4 | J | | |
| 94  COACH | A | DIVIDEND | | | PARTIAL SALE | 10/6 | J | A | |
| 95 | | | | | SOLD | 12/4 | J | B | |
| 96  COCA COLA CO | A | DIVIDEND | | | SOLD | 8/13 | J | | |
| 97  COGNIZANT TECH SOLUTIONS | | NONE | | | PURCHASE | 10/21 | J | | |
| 98 | | | | | SOLD | 12/4 | J | A | |
| 99  CONOCOPHILLIPS | B | DIVIDEND | M | T | SOLD | 3/2 | L | | |
| 100 | | | | | PURCHASE | 10/13 | M | | |
| 101  CONSTELLATION BRANDS | | NONE | L | T | PURCHASE | 4/24 | K | | |
| 102 | | | | | PURCHASE | 6/15 | K | | |
| 103  CUMMINS INC | A | DIVIDEND | | | PURCHASE | 10/8 | J | | |
| 104 | | | | | SOLD | 12/4 | J | | |
| 105  DELL INC | | NONE | | | SOLD | 7/20 | J | | |
| 106  DENTSPLY INTERNATIONAL | A | DIVIDEND | | | SOLD | 11/13 | J | | |
| 107  DEVON ENERGY CORPORATION | D | DIVIDEND | O | T | PARTIAL SALE | 3/5 | J | | |

| DESCRIPTION OF ASSETS | A. | | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 108 | | | | | | | PURCHASE | 4/13 | K | | |
| 109 | | | | | | | PURCHASE | 5/5 | K | | |
| 110 | | | | | | | PURCHASE | 5/8 | O | | |
| 111 | | | | | | | PURCHASE | 5/26 | K | | |
| 112 | | | | | | | PURCHASE | 6/9 | J | | |
| 113 | | | | | | | PURCHASE | 8/7 | J | | |
| 114 | | | | | | | PARTIAL SALE | 9/2 | J | B | |
| 115 | | | | | | | PURCHASE | 11/19 | J | | |
| 116 | | | | | | | PARTIAL SALE | 12/4 | J | A | |
| 117 | DOLBY LABORATORIES INC | | | NONE | | | SOLD | 12/4 | J | B | |
| 118 | DUN & BRADSTREET CORP | | A | DIVIDEND | | | SOLD | 6/17 | J | | |
| 119 | EBAY INC | | | NONE | | | PURCHASE | 8/11 | J | | |
| 120 | | | | | | | SOLD | 12/4 | J | | |
| 121 | EMERSON ELECTRIC | | A | DIVIDEND | | | PURCHASE | 4/2 | J | | |
| 122 | | | | | | | SOLD | 10/21 | J | B | |
| 123 | ENSCO INTERNATIONAL | | A | DIVIDEND | | | PURCHASE | 1/22 | J | | |
| 124 | | | | | | | SOLD | 12/4 | J | B | |
| 125 | EQT CORP | | A | DIVIDEND | K | T | PURCHASE | 5/5 | K | | |

| | A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 126 | EVERCORE PARTNERS | A | DIVIDEND | J | T | PURCHASE | 9/15 | J | | |
| 127 | EXPEDIA INC | | NONE | | | PURCHASE | 10/7 | J | | |
| 128 | | | | | | SOLD | 12/4 | J | A | |
| 129 | FACTSET RESH SYS INC | A | DIVIDEND | | | SOLD | 8/12 | J | A | |
| 130 | FASTENAL CO | A | DIVIDEND | | | SOLD | 4/24 | J | | |
| 131 | FIRST SOLAR | | NONE | | | SOLD | 12/4 | J | | |
| 132 | FLIR SYSTEM INC | | NONE | | | SOLD | 12/4 | J | B | |
| 133 | FLUOR CORP | A | DIVIDEND | | | SOLD | 11/16 | J | | |
| 134 | FRANKLIN RESOURCES | A | DIVIDEND | | | PURCHASE | 8/20 | J | | |
| 135 | | | | | | SOLD | 12/4 | J | A | |
| 136 | FTI CONSULTING INC | | NONE | | | SOLD | 12/4 | J | | |
| 137 | GAMESTOP CORP | | NONE | | | SOLD | 12/4 | J | | |
| 138 | GENERAL DYNAMICS | A | DIVIDEND | | | SOLD | 8/13 | J | | |
| 139 | GEN PROBE | | NONE | | | SOLD | 12/4 | J | | |
| 140 | GILEAD SCIENCES INC | | NONE | | | PARTIAL SALE | 2/11 | J | B | |
| 141 | | | | | | PARTIAL SALE | 3/16 | J | B | |
| 142 | | | | | | SOLD | 6/12 | J | B | |
| 143 | GOLDMAN SACHS GROUP | A | DIVIDEND | | | PURCHASE | 1/28 | J | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 144 | | | | | SOLD | 12/4 | J | C | |
| 145 GOOGLE INC | | NONE | | | PARTIAL SALE | 10/28 | J | | |
| 146 | | | | | SOLD | 12/4 | K | D | |
| 147 GRAFTECH INTERNATIONAL | | NONE | | | PURCHASE | 8/14 | J | | |
| 148 | | | | | SOLD | 12/4 | J | A | |
| 149 GRAINGER WW | A | DIVIDEND | | | SOLD | 3/4 | J | | |
| 150 GUESS INC | A | DIVIDEND | | | SOLD | 12/4 | J | A | |
| 151 HALLIBURTON CO | A | DIVIDEND | | | PURCHASE | 6/17 | J | | |
| 152 | | . | | | SOLD | 12/4 | J | | |
| 153 HONEYWELL INTL INC | A | DIVIDEND | | | SOLD | 12/4 | J | | |
| 154 INTERCONTINENTAL EXCHANGE | | NONE | | | PURCHASE | 2/25 | J | | |
| 155 | | | | | PURCHASE | 6/26 | J | | |
| 156 | | | | | SOLD | 12/4 | J | B | |
| 157 INTERNATIONAL BUSINESS MACHINES | C | DIVIDEND | M | T | PARTIAL SALE | 3/5 | L | | |
| 158 | | | | | PURCHASE | 8/7 | K | | |
| 159 INTERNATIONAL PAPER | A | DIVIDEND | L | T | PURCHASE | 6/15 | K | | |
| 160 INTUITIVE SURGICAL INC | | NONE | | | SOLD | 12/4 | J | A | |
| 161 ITT CORP | | NONE | | | PURCHASE | 9/30 | J | | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 162 | | | | | SOLD | 12/4 | J | A | |
| 163 JABIL CIRCUIT | A | DIVIDEND | | | PURCHASE | 10/14 | J | | |
| 164 | | | | | SOLD | 12/4 | J | | |
| 165 JACOBS ENGINEERING GROUP | | NONE | | | SOLD | 11/19 | J | | |
| 166 JOHNSON & JOHNSON | E | DIVIDEND | P1 | T | PARTIAL SALE | 2/27 | O | G | |
| 167 JUNIPER NETWORKS | | NONE | | | SOLD | 12/4 | J | B | |
| 168 KROGER COMPANY | A | DIVIDEND | L | T | PURCHASE | 2/27 | K | | |
| 169 | | | | | PARTIAL SALE | 3/5 | J | | |
| 170 | | | | | PURCHASE | 4/13 | K | | |
| 171 | | | | | PURCHASE | 4/24 | K | | |
| 172 LINEAR TECHNOLOGY | A | DIVIDEND | | | SOLD | 12/4 | J | | |
| 173 LOEWS CORP | A | DIVIDEND | | | PARTIAL SALE | 3/5 | K | | |
| 174 | | | | | SOLD | 3/6 | K | | |
| 175 LQK CORP | | NONE | | | PURCHASE | 3/2 | J | | |
| 176 | | | | | SOLD | 12/4 | J | A | |
| 177 MARKET VECTORS GOLD MINER ETF | A | DIVIDEND | N | T | PURCHASE | 11/11 | M | | |
| 178 | | | | | PURCHASE | 11/16 | N | | |
| 179 MARVEL TECHNOLOGY GROUP | | NONE | | | PURCHASE | 5/7 | J | | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 180 | | | | | SOLD | 12/4 | J | B | |
| 181 MCAFEE INC | | NONE | | | SOLD | 6/2 | J | A | |
| 182 MCDONALDS | A | DIVIDEND | K | T | PURCHASE | 9/2 | K | | |
| 183 MEMC ELECTR MATLS INC | | NONE | | | SOLD | 12/3 | J | | |
| 184 MERCADOLIBRE INC | | NONE | | | PURCHASE | 10/8 | J | | |
| 185 | | | | | SOLD | 12/4 | J | A | |
| 186 METLIFE | A | DIVIDEND | | | PURCHASE | 1/8 | L | | |
| 187 | | | | | PARTIAL SALE | 3/5 | K | | |
| 188 | | | | | SOLD | 5/15 | K | B | |
| 189 MINDRAY MEDICAL INTL | | NONE | | | PURCHASE | 11/9 | J | | |
| 190 | | | | | SOLD | 12/4 | J | | |
| 191 NATIONAL OILWELL VARCO | A | DIVIDEND | | | PURCHASE | 2/27 | J | | |
| 192 | | | | | SOLD | 12/4 | J | B | |
| 193 NETAPP INC | | NONE | | | SOLD | 12/4 | J | B | |
| 194 NEW ORIENTAL ED & TECH | | NONE | | | PURCHASE | 7/31 | J | | |
| 195 | | | | | SOLD | 12/4 | J | | |
| 196 NIKE | A | DIVIDEND | | | PARTIAL SALE | 6/15 | J | A | |
| 197 | | | | | PARTIAL SALE | 6/25 | J | A | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 198 | | | | | | SOLD | 9/10 | J | A | |
| 199 | NOBLE CORP | A | DIVIDEND | | | SOLD | 12/4 | J | | |
| 200 | NOBLE ENERGY | A | DIVIDEND | | | SOLD | 12/4 | J | B | |
| 201 | NOKIA | B | DIVIDEND | | | PURCHASE | 1/8 | J | | |
| 202 | | | | | | SOLD | 2/24 | L | | |
| 203 | | | | | | PURCHASE | 4/13 | K | | |
| 204 | | | | | | PARTIAL SALE | 7/23 | J | | |
| 205 | | | | | | SOLD | 8/7 | K | B | |
| 206 | NSTAR | A | DIVIDEND | | | PURCHASE | 2/27 | K | | |
| 207 | | | | | | PARTIAL SALE | 3/5 | J | | |
| 208 | | | | | | SOLD | 8/7 | J | | |
| 209 | NUCOR | A | DIVIDEND | | | PURCHASE | 1/8 | K | | |
| 210 | | | | | | SOLD | 2/27 | K | | |
| 211 | | | | | | PURCHASE | 3/3 | J | | |
| 212 | | | | | | SOLD | 12/4 | J | B | |
| 213 | NUANCE COMMUNICATIONS | | NONE | | | SOLD | 12/4 | J | | |
| 214 | NVIDIA CORP | | NONE | | | PURCHASE | 11/20 | J | | |
| 215 | | | | | | SOLD | 12/4 | J | A | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 216  OCCIDENTAL PETE CORP | B | DIVIDEND | M | T | PARTIAL SALE | 3/5 | L | B | |
| 217 | | | | | PURCHASE | 4/24 | K | | |
| 218 | | | | | PURCHASE | 9/2 | K | | |
| 219 | | | | | PURCHASE | 9/22 | K | | |
| 220  OLSTEIN ALL CAP VALUE FUND  (MUTUAL FUND) | A | DIVIDEND | | | SOLD | 12/2 | M | | |
| 221  ORACLE CORP | A | DIVIDEND | K | T | PURCHASE | 2/11 | J | | |
| 222 | | | | | PARTIAL SALE | 2/27 | K | D | |
| 223 | | | | | PARTIAL SALE | 3/4 | K | C | |
| 224 | | | | | PARTIAL SALE | 3/5 | L | D | |
| 225 | | | | | SOLD | 3/6 | L | D | |
| 226 | | | | | PURCHASE | 8/7 | K | | |
| 227 | | | | | PARTIAL SALE | 12/4 | J | B | |
| 228  PACKAGING CORP | C | DIVIDEND | L | T | PURCHASE | 1/8 | K | | |
| 229 | | | | | PARTIAL SALE | 3/5 | K | | |
| 230 | | | | | SOLD | 3/6 | K | | |
| 231 | | | | | PURCHASE | 6/15 | K | | |
| 232 | | | | | PURCHASE | 6/22 | K | | |
| 233 | | | | | PARTIAL SALE | 7/21 | K | B | |

| | A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 234 | PANERA BREAD CO | | NONE | | | SOLD | 2/17 | J | | |
| 235 | PARKER HANNIFIN | A | DIVIDEND | | | SOLD | 12/4 | J | | |
| 236 | PEPSICO | E | DIVIDEND | O | T | | | | | |
| 237 | PERKINELMER INC | A | DIVIDEND | | | PURCHASE | 7/1 | J | | |
| 238 | | | | | | SOLD | 12/4 | J | A | |
| 239 | PFIZER INC | | NONE | K | T | PURCHASE | 11/13 | K | | |
| 240 | PHILIP MORRIS | B | DIVIDEND | | | SOLD | 3/2 | L | | |
| 241 | PIONEER NATURAL RESOURCES | A | DIVIDEND | M | T | PURCHASE | 1/8 | L | | |
| 242 | | | | | | PARTIAL SALE | 3/5 | K | | |
| 243 | | | | | | SOLD | 3/6 | K | | |
| 244 | | | | | | PURCHASE | 4/13 | K | | |
| 245 | | | | | | PURCHASE | 5/26 | K | | |
| 246 | | | | | | PURCHASE | 6/15 | K | | |
| 247 | PRAXAIR INC | A | DIVIDEND | | | SOLD | 6/25 | J | | |
| 248 | ALTRIA GROUP - IRA ACCOUNT | B | DIVIDEND | K | T | | | | | |
| 249 | KRAFT FOODS INC - IRA ACCOUNT | A | DIVIDEND | K | T | | | | | |
| 250 | PHILIP MORRIS - IRA ACCOUNT | C | DIVIDEND | L | T | | | | | |
| 251 | RALCORP HOLDINGS INC - IRA ACCOUNT | | NONE | J | T | | | | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A-H) | (2) TYPE | (1) VALUE CODE (J-P) | (2) VALUE METHOD (Q-W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J-P) | (4) GAIN CODE (A-H) | (5) IDENTITY (IF PRIVATE) |
| 252 PRECISION CASTPARTS CORP | A | DIVIDEND | | | PURCHASE | 1/8 | L | | |
| 253 | | | | | PARTIAL SALE | 3/5 | K | | |
| 254 | | | | | PARTIAL SALE | 3/6 | K | | |
| 255 | | | | | SOLD | 5/7 | J | A | |
| 256 PRICELINE.COM | | NONE | | | PARTIAL SALE | 5/27 | J | A | |
| 257 | | | | | SOLD | 7/17 | J | A | |
| 258 | | | | | PURCHASE | 11/16 | J | | |
| 259 | | | | | SOLD | 12/4 | J | A | |
| 260 PRIDE INTERNATIONAL | | NONE | | | SOLD | 1/8 | K | | |
| 261 | | | | | PURCHASE | 6/19 | J | | |
| 262 | | | | | SOLD | 12/4 | J | B | |
| 263 QUALCOMM INC | A | DIVIDEND | | | SOLD | 8/31 | J | | |
| 264 RALCORP HOLDINGS | | NONE | | | PARTIAL SALE | 3/5 | K | C | |
| 265 | | | | | PURCHASE | 4/24 | K | | |
| 266 | | | | | SOLD | 9/22 | L | D | |
| 267 REINSURANCE GROUP OF AMERICA | A | DIVIDEND | M | T | PURCHASE | 1/8 | K | | |
| 268 | | | | | PARTIAL SALE | 3/5 | K | | |
| 269 | | | | | SOLD | 3/6 | K | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 270 | | | | | PURCHASE | 5/26 | L | | |
| 271 | | | | | PURCHASE | 6/15 | J | | |
| 272 | | | | | PURCHASE | 6/22 | K | | |
| 273 RESEARCH IN MOTION | | NONE | | | PARTIAL SALE | 10/2 | J | A | |
| 274 | | | | | SOLD | 12/4 | J | A | |
| 275 ROCKWELL AUTOMATION INC | A | DIVIDEND | | | SOLD | 2/27 | K | | |
| 276 SCHLUMBERGER INTL | A | DIVIDEND | | | PURCHASE | 6/16 | J | | |
| 277 | | | | | SOLD | 12/4 | J | A | |
| 278 SEAGATE TECHNOLOGY | | NONE | | | PURCHASE | 8/31 | J | | |
| 279 | | | | | SOLD | 12/4 | J | A | |
| 280 SEAHAWK FR PRIDE INTL | | NONE | | | PURCHASE | 8/24 | J | | |
| 281 | | | | | SOLD | 9/1 | J | | |
| 282 SMITH INTERNATIONAL | A | DIVIDEND | | | SOLD | 2/11 | J | | |
| 283 SMITHTOWN BANCORP | A | DIVIDEND | K | T | | | | | |
| 284 SONIC CORP | | NONE | P2 | T | PARTIAL SALE | 1/20 | N | G | |
| 285 | | | | | OPTION EXERCISE | 1/21 | N | | |
| 286 STARBUCKS CORP | | NONE | | | PURCHASE | 6/17 | J | | |
| 287 | | | | | SOLD | 12/4 | J | B | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 288  STEC INC | | NONE | | | PURCHASE | 8/13 | J | | |
| 289 | | | | | SOLD | 11/9 | J | | |
| 290  STERLITE INDUSTRIES | A | DIVIDEND | | | PURCHASE | 7/17 | J | | |
| 291 | | | | | SOLD | 12/4 | J | B | |
| 292  STRAYER ED INC | | NONE | | | SOLD | 1/8 | J | | |
| 293  STRYKER CORP | C | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 294 | | | | | PARTIAL SALE | 2/20 | N | G | |
| 295 | | | | | SOLD | 8/20 | J | | |
| 296  SUNCOR INC | A | DIVIDEND | | | PURCHASE | 6/25 | J | | |
| 297 | | | | | SOLD | 12/4 | J | A | |
| 298  SUNPOWER CO | | NONE | | | PURCHASE | 9/28 | J | | |
| 299 | | | | | SOLD | 12/4 | J | | |
| 300  THIRD AVENUE INTL VALUE FUND  (MUTUAL FND) | | NONE | | | SOLD | 12/3 | M | | |
| 301  3M COMPANY | A | DIVIDEND | | | PURCHASE | 8/14 | J | | |
| 302 | | | | | SOLD | 12/4 | J | A | |
| 303  TORCHMARK CORP | A | DIVIDEND | | | PURCHASE | 5/26 | K | | |
| 304 | | | | | SOLD | 10/14 | L | D | |
| 305  TRANSOCEAN INC | | NONE | | | SOLD | 12/4 | J | | |

| | A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 306 | THE TRAVELERS COS | B | DIVIDEND | M | T | PURCHASE | 4/13 | K | | |
| 307 | | | | | | PURCHASE | 4/24 | K | | |
| 308 | | | | | | PURCHASE | 5/26 | K | | |
| 309 | | | | | | PURCHASE | 8/6 | J | | |
| 310 | TRIMBLE NAVIGATION LTD | | NONE | | | PURCHASE | 1/5 | J | | |
| 311 | | | | | | SOLD | 12/4 | J | | |
| 312 | T ROWE PRICE | A | DIVIDEND | | | PARTIAL SALE | 7/10 | J | | |
| 313 | | | | | | SOLD | 12/4 | J | | |
| 314 | UNILEVER | C | DIVIDEND | M | T | PURCHASE | 2/10 | J | | |
| 315 | | | | | | PARTIAL SALE | 3/5 | J | | |
| 316 | | | | | | PURCHASE | 5/5 | J | | |
| 317 | UNION PACIFIC | A | DIVIDEND | | | PURCHASE | 5/26 | K | | |
| 318 | | | | | | SOLD | 6/22 | K | B | |
| 319 | UNITED TECH CORP | A | DIVIDEND | | | SOLD | 12/4 | J | | |
| 320 | UNUM GROUP | B | DIVIDEND | M | T | PARTIAL SALE | 2/25 | J | | |
| 321 | | | | | | PARTIAL SALE | 3/5 | K | | |
| 322 | | | | | | SOLD | 3/6 | K | | |
| 323 | | | | | | PURCHASE | 4/13 | K | | |

| | A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 324 | | | | | | PURCHASE | 4/24 | K | | |
| 325 | | | | | | PURCHASE | 6/15 | K | | |
| 326 | URBAN OUTFITTERS | | NONE | | | SOLD | 3/27 | J | | |
| 327 | VARIAN MEDICAL SYSTEMS | | NONE | | | PURCHASE | 3/3 | J | | |
| 328 | | | | | | SOLD | 12/4 | J | B | |
| 329 | WALGREEN CO | D | DIVIDEND | N | T | PURCHASE | 5/8 | N | | |
| 330 | WAL MART STORES | E | DIVIDEND | P1 | T | PURCHASE | 5/21 | K | | |
| 331 | | | | | | PURCHASE | 6/15 | K | | |
| 332 | | | | | | DONATED SOME SHARES (SEE LINE 409 BELOW) | 12/15 | M | G | |
| 333 | WATERS CORP | | NONE | | | PURCHASE | 6/30 | J | | |
| 334 | | | | | | SOLD | 12/4 | J | A | |
| 335 | WELLS FARGO | | NONE | | | PARTIAL SALE | 1/23 | K | | |
| 336 | | | | | | PARTIAL SALE | 1/30 | K | | |
| 337 | | | | | | SOLD | 2/6 | K | | |
| 338 | | | | | | PURCHASE | 5/13 | K | | |
| 339 | | | | | | SOLD | 5/14 | K | D | |
| 340 | WILLIS GROUP HOLDINGS | C | DIVIDEND | L | T | PURCHASE | 1/8 | L | | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 341 | | | | | | PARTIAL SALE | 3/5 | L | | |
| 342 | | | | | | PURCHASE | 4/13 | K | | |
| 343 | | | | | | PURCHASE | 4/24 | K | | |
| 344 | | | | | | PARTIAL SALE | 8/17 | K | A | |
| 345 | | | | | | PARTIAL SALE | 11/16 | K | C | |
| 346 | WMS INDUSTRIES | | NONE | | | SOLD | 9/15 | J | A | |
| 347 | XEROX | B | DIVIDEND | M | T | PARTIAL SALE | 3/5 | K | | |
| 348 | | | | | | SOLD | 3/6 | K | | |
| 349 | | | | | | PURCHASE | 6/15 | L | | |
| | CORPORATE BONDS | | | | | | | | | |
| 350 | GENERAL ELECTRIC BOND | E | INTEREST | | | TENDERED | 4/9 | P2 | | |
| 351 | ALTRIA BOND | C | INTEREST | | | SOLD | 6/15 | L | D | |
| 352 | BERKSHIRE HATHAWAY BOND | A | INTEREST | | | PURCHASE | 3/9 | K | | |
| 353 | | | | | | SOLD | 6/15 | K | A | |
| 354 | CATERPILLAR BOND | A | INTEREST | | | PURCHASE | 3/12 | L | | |
| 355 | | | | | | SOLD | 6/15 | L | C | |
| 356 | COX COMMUNICATIONS BOND | B | INTEREST | | | PURCHASE | 3/20 | L | | |
| 357 | | | | | | SOLD | 11/12 | L | A | |
| 358 | ELI LILLY BOND | A | INTEREST | | | PURCHASE | 3/6 | L | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 359 | | | | | PARTIAL SALE | 6/15 | K | B | |
| 360 | | | | | SOLD | 8/7 | K | A | |
| 361 HOME DEPOT BOND | B | INTEREST | | | PURCHASE | 3/16 | L | | |
| 362 | | | | | SOLD | 10/9 | L | B | |
| 363 JOHN DEERE CAP CORP BOND | A | INTEREST | | | PURCHASE | 3/30 | K | | |
| 364 | | | | | SOLD | 6/15 | K | B | |
| 365 MARATHON OIL CORP BOND | B | INTEREST | | | PURCHASE | 3/6 | L | | |
| 366 | | | | | SOLD | 6/15 | L | C | |
| 367 SBC COMMUNICATIONS BOND | A | INTEREST | | | PURCHASE | 3/16 | L | | |
| 368 | | | | | SOLD | 6/15 | L | B | |
| OPTIONS (LINES 369-378) (SEE NOTE 2 IN SECTION VIII) | | | | | | | | | |
| 369 GOLDMAN, SACHS GROUP - CALL | | NONE | | | EXPIRED | 1/20 | | | |
| 370 LEVEL 3 - CALL | | NONE | | | EXPIRED | 1/20 | | | |
| 371 SPX - PUT #1 | | NONE | | | SOLD SHORT | 2/18 | N | | |
| 372 | | | | | EXPIRED | 5/18 | | G | |
| 373 SPX - PUT #2 | | NONE | | | PURCHASE | 2/18 | O | | |
| 374 | | | | | EXPIRED | 5/18 | | | |
| 375 SPX - PUT #3 | | NONE | | | PURCHASE | 7/8 | M | | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 376 | | | | | EXPIRED | 9/19 | | | |
| 377 SPX - PUT #4 | | NONE | | | PURCHASE | 7/9 | M | | |
| 378 | | | | | EXPIRED | 9/19 | | | |
| CASH/ S/T INVESTMENTS/MONEY MARKET ACCOUNTS (LINES 379-398) · | | | | | | | | | |
| 379 JPMORGAN MONEY MKT #1 (BEAR STEARNS - IRA CASH) | A | DIVIDEND | J | T | | | | | |
| 380 GOLDMAN SACHS FINANCIAL SQUARE MM/CASH | C | INT/DIV | N | T | OPENED ACCOUNT | 4/22 | P2 | | |
| 381 GOLDMAN SACHS INST ASSET FEDL PORTFOLIO MM | A | DIVIDEND | | | OPENED ACCOUNT | 4/13 | P2 | | |
| 382 | | | | | CLOSED ACCOUNT | 4/22 | P2 | | |
| 383 GOLDMAN SACHS BANK DEPOSIT/CASH #2 (FKA GOLDMAN SACHS BANK DEPOSIT #3 ) | B | INTEREST | J | T | | | | | |
| 384 CITIBANK CHECKING ACCOUNT - FOUNDATION | | NONE | J | T | | | | | |
| 385 CITIBANK INTEREST CHECKING ACCOUNT #1 (FKA CITIBANK INTEREST CHECKING A/C ) | A | INTEREST | J | T | | | | | |
| 386 MORGAN STANLEY BANK/TRUST DEPOSITS (FKA MORGAN STANLEY BANK DEPOSITS ) | B | INTEREST | N | T | | | | | |
| 387 CITIBANK CHECKING ACCOUNT | | NONE | L | T | | | | | |
| 388 CITIBANK ASSET ACCOUNT | | NONE | L | T | | | | | |
| 389 CITIBANK CASH RESERVE ACCOUNT | E | INTEREST | | | CLOSED ACCOUNT | 12/2 | N | | |
| 390 CITIBANK MONEY MARKET PLUS | A | INTEREST | P1 | T | OPENED ACCOUNT | 12/2 | N | | |
| 391 CITIBANK INTEREST CHECKING ACCOUNT # 2 | A | INTEREST | J | T | | | | | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 392 | JPMORGAN MONEY MKT #2 | A | DIVIDEND | | | ACCOUNT CLOSED | 12/17 | M | | |
| 393 | NEUBERGER BERMAN INSTL LIQDTY SER INSTL CASH #1 | B | DIVIDEND | | | ACCOUNT CLOSED | 8/17 | K | | |
| 394 | STATE STREET INST LIQUID RESERVES MM/CASH | A | DIVIDEND | L | T | ACCOUNT OPENED | 8/17 | K | | |
| 395 | BARCLAYS CASH (X)<br>(FKA BARCLAYS WEALTH CASH ACCOUNT/MM)<br>(SEE NOTE 17 IN SECTION VIII) | A | INTEREST | J | T | MM REDEEMED/CLOSED | 12/16 | J | | |
| 396 | BLACKROCK MONEY MARKET/PNC CASH | A | DIVIDEND | J | T | | | | | |
| 397 | UBS BANK USA DEPOSIT ACCOUNT | A | INTEREST | K | T | | | | | |
| 398 | WESTERN ASSET/CITI INST US TREASURY MONEY FUND<br>(FKA SMITH BARNEY-CITI INSTL US TREASURY MONEY FUND) | C | INTEREST | P1 | T | | | | | |
| | FOUNDATION INVESTMENTS (LINES 399-592)<br>FOUNDATION BROKERAGE ACCOUNT #1 (LINES 399-409)<br>COMMON STOCKS | | | | | | | | | |
| 399 | AMERICA MOVIL | B | DIVIDEND | | | SOLD | 12/4 | M | | |
| 400 | ABBOTT LABORATORIES | | NONE | L | T | RECEIVED FROM TRUSTEE<br>(SEE LINE 15 ABOVE) | 12/15 | L | | |
| 401 | DEVON ENERGY CORP | A | DIVIDEND | | | PURCHASE | 5/8 | L | | |
| 402 | | | | | | SOLD | 12/4 | L | A | |
| 403 | DYERSBURG CORP | | NONE | J | T | | | | | |
| 404 | GENERAL ELECTRIC CO | C | DIVIDEND | | | SOLD | 12/4 | L | | |
| 405 | KRAFT FOODS INC | C | DIVIDEND | | | SOLD | 12/4 | L | E | |
| 406 | PHILIP MORRIS INTL INC | D | DIVIDEND | | | SOLD | 12/4 | N | G | |

| | A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 407 | RALCORP HLDGS INC | | NONE | | | SOLD | 12/4 | J | D | |
| 408 | SCHLUMBERGER LTD | A | DIVIDEND | | | SOLD | 12/4 | L | | |
| 409 | WAL MART STORES INC | | NONE | M | T | RECEIVED FROM TRUSTEE (SEE LINE 332 ABOVE) | 12/15 | M | | |
| | FOUNDATION BROKERAGE ACCOUNT #2 (LINES 410 - 567) | | | | | | | | | |
| 410 | GOLDMAN SACHS BANK DEPOSIT/CASH #3 (FKA GOLDMAN SACHS BANK DEPOSIT #5/CASH ACCOUNT) | A | INTEREST | J | T | | | | | |
| | COMMON STOCKS | | | | | | | | | |
| 411 | AFFILIATED MANAGERS GROUP INC | | NONE | | | PARTIAL SALE | 1/13 | J | | |
| 412 | | | | | | PARTIAL SALE | 2/24 | J | | |
| 413 | | | | | | PARTIAL SALE | 3/18 | J | | |
| 414 | | | | | | PURCHASE | 4/8 | J | | |
| 415 | | | | | | PARTIAL SALE | 8/10 | J | | |
| 416 | | | | | | PURCHASE | 9/30 | J | | |
| 417 | | | | | | PARTIAL SALE | 11/9 | J | | |
| 418 | | | | | | SOLD | 11/20 | K | D | |
| 419 | AGCO CORP | | NONE | | | PARTIAL SALE | 4/2 | J | | |
| 420 | | | | | | PARTIAL SALE | 4/17 | J | | |
| 421 | | | | | | PARTIAL SALE | 7/27 | J | | |
| 422 | | | | | | PURCHASE | 9/30 | J | | |

| A. | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 423 | | | | | SOLD | 11/20 | K | | |
| 424 ARCH CHEMICAL INC | A | DIVIDEND | | | PURCHASE | 3/19 | J | | |
| 425 | | | | | PURCHASE | 4/6 | J | | |
| 426 | | | | | PARTIAL SALE | 6/10 | J | | |
| 427 | | | | | SOLD | 11/20 | K | | |
| 428 BRINKS HOME SECURITY HOLDINGS | | NONE | | | PURCHASE | 3/16 | J | | |
| 429 | | | | | PURCHASE | 3/17 | J | | |
| 430 | | | | | PURCHASE | 3/19 | J | | |
| 431 | | | | | PURCHASE | 5/4 | J | | |
| 432 | | | | | PURCHASE | 5/14 | J | | |
| 433 | | | | | PURCHASE | 9/25 | J | | |
| 434 | | | | | SOLD | 11/20 | J | C | |
| 435 CARAUSTAR INDUSTRIES, INC | | NONE | | | PARTIAL SALE | 3/9 | J | | |
| 436 | | | | | SOLD | 3/10 | J | | |
| 437 CASCADE CORP | A | DIVIDEND | | | PURCHASE | 7/29 | J | | |
| 438 | | | | | PURCHASE | 7/30 | J | | |
| 439 | | | | | PARTIAL SALE | 9/8 | J | | |
| 440 | | | | | PARTIAL SALE | 9/17 | J | | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 441 | | | | | PARTIAL SALE | 9/18 | J | | |
| 442  . | | | | | SOLD | 11/20 | J | | |
| 443  CHATTEM INC | | NONE | | | PURCHASE | 10/1 | J | | |
| 444 | | | | | PURCHASE | 10/30 | J | | |
| 445 | | | | | SOLD | 11/20 | J | A | |
| 446  CHICAGO BRIDGE AND IRON COMPANY | | NONE | | | PURCHASE | 3/2 | J | | |
| 447 | | | | | PARTIAL SALE | 6/16 | J | | |
| 448 | | | | | PURCHASE | 8/21 | J | | |
| 449 | | | | | PARTIAL SALE | 9/17 | J | | |
| 450 | | | | | PARTIAL SALE | 10/28 | J | A | |
| 451 | | | | | SOLD | 11/20 | K | D | |
| 452  COLUMBIA SPORTSWEAR COMPANY | A | DIVIDEND | | | PURCHASE | 5/4 | J | | |
| 453 | | | | | PURCHASE | 5/11 | J | | |
| 454 | | | | | PARTIAL SALE | 9/9 | J | | |
| 455 | | | | | SOLD | 11/20 | J | | |
| 456  DARLING INTERNATIONAL INC | | NONE | | | PURCHASE | 3/20 | J | | |
| 457 | | | | | PARTIAL SALE | 4/27 | J | | |
| 458 | | | | | PARTIAL SALE | 6/8 | J | | |

| A. | B. | | C. | | D. | | | | |
| DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | (1) AMT CODE (A-H) | (2) TYPE | (1) VALUE CODE (J-P) | (2) VALUE METHOD (Q-W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J-P) | (4) GAIN CODE (A-H) | (5) IDENTITY (IF PRIVATE) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | PARTIAL SALE | 6/10 | J | | |
| | | | | | PURCHASE | 8/21 | J | | |
| | | | | | PURCHASE | 10/27 | J | | |
| | | | | | SOLD | 11/20 | K | C | |
| JAMES RIVER COAL COMPANY | | NONE | | | PARTIAL SALE | 1/6 | J | B | |
| | | | | | PARTIAL SALE | 5/1 | J | B | |
| | | | | | PARTIAL SALE | 5/4 | J | B | |
| | | | | | PARTIAL SALE | 5/8 | J | A | |
| | | | | | PARTIAL SALE | 6/3 | J | A | |
| | | | | | PARTIAL SALE | 7/23 | J | | |
| | | | | | SOLD | 11/20 | K | B | |
| JO-ANN STORES, INC | | NONE | | | PURCHASE | 10/9 | J | | |
| | | | | | PURCHASE | 10/30 | J | | |
| | | | | | PURCHASE | 11/2 | J | | |
| | | | | | SOLD | 11/20 | J | B | |
| KOPPERS HOLDINGS, INC | A | DIVIDEND | | | PURCHASE | 3/17 | J | | |
| | | | | | PURCHASE | 3/19 | J | | |
| | | | | | PARTIAL SALE | 4/17 | J | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 477 | | | | | PARTIAL SALE | 5/14 | J | | |
| 478 | | | | | PARTIAL SALE | 6/12 | J | | |
| 479 | | | | | PURCHASE | 8/21 | J | | |
| 480 | | | | | PARTIAL SALE | 10/29 | J | | |
| 481 | | | | | SOLD | 11/20 | K | | |
| 482 MIDDLEBY CORP | NONE | | | | PURCHASE | 8/21 | J | | |
| 483 | | | | | PURCHASE | 8/24 | J | | |
| 484 | | | | | PURCHASE | 9/30 | J | | |
| 485 | | | | | PURCHASE | 10/1 | J | | |
| 486 | | | | | PURCHASE | 11/2 | J | | |
| 487 | | | | | SOLD | 11/20 | J | | |
| 488 NEWPORT CORP | NONE | | | | PURCHASE | 4/6 | J | | |
| 489 | | | | | PARTIAL SALE | 8/10 | J | | |
| 490 | | | | | PARTIAL SALE | 8/12 | J | | |
| 491 | | | | | PARTIAL SALE | 8/19 | J | | |
| 492 | | | | | PARTIAL SALE | 8/20 | J | | |
| 493 | | | | | PARTIAL SALE | 10/26 | J | | |
| 494 | | | | | PARTIAL SALE | 10/28 | J | | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 495 | | | | | | PARTIAL SALE | 10/29 | J | | |
| 496 | | | | | | PARTIAL SALE | 11/9 | J | | |
| 497 | | | | | | PARTIAL SALE | 11/11 | J | | |
| 498 | | | | | | PARTIAL SALE | 11/16 | J | | |
| 499 | | | | | | PARTIAL SALE | 11/17 | J | | |
| 500 | | | | | | SOLD | 11/20 | J | | |
| 501 | NORDSON CORP | A | DIVIDEND | | | PARTIAL SALE | 4/3 | J | | |
| 502 | | | | | | PURCHASE | 5/4 | J | | |
| 503 | | | | | | PURCHASE | 7/30 | J | | |
| 504 | | | | | | SOLD | 11/20 | K | B | |
| 505 | OGE ENERGY CORP | A | DIVIDEND | | | PARTIAL SALE | 3/12 | J | | |
| 506 | | | | | | PURCHASE | 4/6 | J | | |
| 507 | | | | | | PURCHASE | 5/4 | J | | |
| 508 | | | | | | PURCHASE | 6/10 | J | | |
| 509 | | | | | | PARTIAL SALE | 10/27 | J | | |
| 510 | | | | | | SOLD | 11/20 | K | | |
| 511 | PETROQUEST ENERGY, INC | | NONE | | | PARTIAL SALE | 3/9 | J | | |
| 512 | | | | | | SOLD | 3/10 | J | | |

| A. | | | | B. | | C. | | D. | | | | |
| | | | | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| DESCRIPTION OF ASSETS | | | | | | | | | | | | |
| | | | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 513 | POLARIS INDS INC | | | A | DIVIDEND | | | PURCHASE | 1/23 | J | | |
| 514 | | | | | | | | PARTIAL SALE | 4/16 | J | | |
| 515 | | | | | | | | PARTIAL SALE | 4/17 | J | | |
| 516 | | | | | | | | PARTIAL SALE | 8/10 | J | | |
| 517 | | | | | | | | PARTIAL SALE | 10/16 | J | | |
| 518 | | | | | | | | PARTIAL SALE | 10/19 | J | | |
| 519 | | | | | | | | SOLD | 11/20 | K | A | |
| 520 | SMITHFIELD FOODS INC | | | | NONE | | | PURCHASE | 2/17 | J | | |
| 521 | | | | | | | | PARTIAL SALE | 4/2 | J | | |
| 522 | | | | | | | | PURCHASE | 4/6 | J | | |
| 523 | | | | | | | | PURCHASE | 5/4 | J | | |
| 524 | | | | | | | | PARTIAL SALE | 6/24 | J | | |
| 525 | | | | | | | | PARTIAL SALE | 7/9 | J | | |
| 526 | | | | | | | | PURCHASE | 8/21 | J | | |
| 527 | | | | | | | | PARTIAL SALE | 11/11 | J | | |
| 528 | | | | | | | | SOLD | 11/20 | K | | |
| 529 | TRACTOR SUPPLY CO | | | | NONE | | | PURCHASE | 1/2 | J | | |
| 530 | | | | | | | | PARTIAL SALE | 3/3 | J | | |

| | A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 531 | | | | | | PARTIAL SALE | 3/12 | J | | |
| 532 | | | | | | PURCHASE | 3/19 | J | | |
| 533 | | | | | | PURCHASE | 5/11 | J | | |
| 534 | | | | | | PARTIAL SALE | 7/8 | J | A | |
| 535 | | | | | | PURCHASE | 9/25 | J | | |
| 536 | | | | | | PARTIAL SALE | 10/12 | J | A | |
| 537 | | | | | | PURCHASE | 10/27 | J | | |
| 538 | | | | | | SOLD | 11/20 | K | C | |
| 539 | TRINITY INDUSTRIES INC | A | DIVIDEND | | | PURCHASE | 8/21 | J | | |
| 540 | | | | | | PARTIAL SALE | 10/29 | J | | |
| 541 | | | | | | SOLD | 11/20 | K | | |
| 542 | URS CORPORATION | | NONE | | | PARTIAL SALE | 3/3 | J | | |
| 543 | | | | | | PARTIAL SALE | 3/5 | J | | |
| 544 | | | | | | PARTIAL SALE | 3/12 | J | | |
| 545 | | | | | | PURCHASE | 3/19 | J | | |
| 546 | | | | | | PARTIAL SALE | 4/3 | J | | |
| 547 | | | | | | PURCHASE | 5/4 | J | | |
| 548 | | | | | | PARTIAL SALE | 6/10 | J | A | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 549 | | | | | PURCHASE | 8/21 | J | | |
| 550 | | | | | PURCHASE | 9/25 | J | | |
| 551 | | | | | PURCHASE | 11/2 | J | | |
| 552 | | | | | SOLD | 11/20 | K | B | |
| 553  USEC INC | | NONE | | | PARTIAL SALE | 1/13 | J | | |
| 554 | | | | | PARTIAL SALE | 1/26 | J | | |
| 555 | | | | | PURCHASE | 6/18 | J | | |
| 556 | | | | | PURCHASE | 8/3 | J | | |
| 557 | | | | | PARTIAL SALE | 8/18 | J | | |
| 558 | | | | | PARTIAL SALE | 9/11 | J | | |
| 559 | | | | | PARTIAL SALE | 10/7 | J | | |
| 560 | | | | | PARTIAL SALE | 10/8 | J | | |
| 561 | | | | | PARTIAL SALE | 10/14 | J | | |
| 562 | | | | | PARTIAL SALE | 10/15 | J | A | |
| 563 | | | | | PARTIAL SALE | 10/26 | J | | |
| 564 | | | | | SOLD | 10/27 | J | | |
| 565  WASHINGTON FEDERAL INC | A | DIVIDEND | | | PARTIAL SALE | 2/24 | J | | |
| 566 | | | | | PARTIAL SALE | 2/26 | J | | |

| | A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 567 | | | | | | SOLD | 3/11 | J | | |
| | FOUNDATION BROKERAGE ACCOUNT #3 (LINES 568 - 569) | | | | | | | | | |
| 568 | -- SPRUCEGROVE NON US EQUITY LLC/CASH ACCOUNT | A | INTEREST | J | T | | | | | |
| 569 | -- SPRUCEGROVE NON US EQUITY OFFSHORE LP | | NONE | | | SOLD | 11/30 | O | | |
| | FOUNDATION BROKERAGE ACCOUNT #4 (LINES 570 - 592) | | | | | | | | | |
| 570 | MORGAN STANLEY BANK/TRUST #1 (CASH/MM) | A | INTEREST | O | T | OPENED ACCOUNT | 11/25 | M | | |
| 571 | MORGAN STANLEY BANK/TRUST #2 (CASH/MM) | A | INTEREST | L | T | OPENED ACCOUNT | 12/4 | N | | |
| | COMMON STOCKS | | | | | | | | | |
| 572 | ENERGY SEL SECT SPDR FUND | A | DIVIDEND | K | T | PURCHASE | 12/4 | K | | |
| 573 | ISHARES BARCLAYS TIPS BD FUND | | NONE | K | T | PURCHASE | 12/7 | K | | |
| 574 | ISHARES DJ US HEALTH INDEX | | NONE | K | T | PURCHASE | 12/4 | K | | |
| 575 | ISHARES IBOXX $ H/Y CORP BND | | NONE | M | T | PURCHASE | 12/4 | M | | |
| 576 | ISHARES JP MORGAN EM BOND FUND | | NONE | L | T | PURCHASE | 12/4 | L | | |
| 577 | ISHARES MSCI CANADA INDEX FUND | A | DIVIDEND | K | T | PURCHASE | 12/4 | K | | |
| 578 | ISHARES MSCI PAC EX-JPN INDEX | A | DIVIDEND | K | T | PURCHASE | 12/4 | K | | |
| 579 | ISHARES S&P 500 GROWTH INDEX | A | DIVIDEND | L | T | PURCHASE | 12/4 | L | | |
| 580 | ISHARES S&P 500 VALUE INDEX | A | DIVIDEND | K | T | PURCHASE | 12/4 | K | | |
| 581 | ISHARES S&P MIDCAP 400 INDEX | A | DIVIDEND | K | T | PURCHASE | 12/4 | K | | |
| 582 | ISHARES SP SMALL CAP 600 INDEX | A | DIVIDEND | K | T | PURCHASE | 12/4 | K | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 583  ISHARES TR MSCI SMALL CAP | A | DIVIDEND | K | T | PURCHASE | 12/4 | K | | |
| 584  MARKET VECTORS AGRIBUS ETF | A | DIVIDEND | K | T | PURCHASE | 12/4 | K | | |
| 585  POWERSHARES DB COMM TRK INC | | NONE | K | T | PURCHASE | 12/7 | K | | |
| 586  POWERSHARES S&P 500 BUYWRITE | A | DIVIDEND | L | T | PURCHASE | 12/4 | L | | |
| 587  SPDR S&P DIVIDEND | A | DIVIDEND | L | T | PURCHASE | 12/4 | L | | |
| 588  SPDR S&P INTL ENERGY SECTOR | A | DIVIDEND | K | T | PURCHASE | 12/4 | K | | |
| 589  UTILITIES SEL SECT SPDR FUND | A | DIVIDEND | L | T | PURCHASE | 12/4 | L | | |
| 590  VANGUARD EMRG MKTS ETF | B | DIVIDEND | M | T | PURCHASE | 12/4 | M | | |
| 591  VANGUARD EUROPEAN ETF | B | DIVIDEND | K | T | PURCHASE | 12/4 | K | | |
| MUTUAL FUNDS 592  PUTNAM DIVERSIFIED INC TR A | D | DIVIDEND | M | T | PURCHASE | 12/7 | L | | |
| INVESTMENTS IN NON-PUBLIC COMPANIES   (LINES 593 - 683)   (SEE NOTES 5 & 7 IN SECTION VIII) | | | | | | | | | |
| 593  ARIZONA SNOWBOWL   (AKA SUNWEST HOLDINGS)  (SEE NOTE 1 IN SECTION VIII) | F | K-1 DISTR | N | W | DISTRIBUTION | 4/2 | L | | |
| 594  ENTERTAINMENT ACQUISITION  (SEE NOTES 1 & 4 IN SECTION VIII) | B | K-1 DISTR | | | DISTRIBUTION | 3/4 | J | | |
| 595  CARTOON CUTS   (Y) | | | | | | | | | |
| 596  COSMOS PARTNERS  (SEE NOTES 1 & 6 IN SECTION VIII) | | NONE | K | V | DISTRIBUTION | 1/6 | K | | |
| 597  TAMPA BAY RAYS  (SEE NOTES 1 & 14 IN SECTION VIII) | | NONE | N | W | | | | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A-H) | (2) TYPE | (1) VALUE CODE (J-P) | (2) VALUE METHOD (Q-W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J-P) | (4) GAIN CODE (A-H) | (5) IDENTITY (IF PRIVATE) |
| 598 FRESH DIRECT | | NONE | O | W | | | | | |
| 599 HARDING SERVICE, LLC (SEE NOTES 1 & 4 IN SECTION VIII) | A | K-1 DISTR | | | | | | | |
| 600 OFFIT CAPITAL ADVISORS | | NONE | N | W | ADDITIONAL INVESTMENT | 6/29 | K | | |
| 601 OPUS MEDIA PARTNERS (SEE NOTE 9 IN SECTION VIII) | | NONE | O | W | | | | | |
| 602 UNIVERSAL HOSPITAL SERVICES HOLDING CO (FKA IPC/UHS CO-INVESTMENT PARTNERS, LP) | | NONE | M | W | | | | | |
| 603 IRVING PLACE CAPITAL II (SEE NOTES 9 & 14 IN SECTION VIII) | | NONE | O | W | ADDITIONAL INVESTMENT | 5/9 | J | | |
| 604 | | | | | DISTRIBUTION | 5/9 | J | | |
| 605 | | | | | ADDITIONAL INVESTMENT | 11/30 | J | | |
| 606 | | | | | DISTRIBUTION | 11/30 | K | | |
| 607 IRVING PLACE CAPITAL III (SEE NOTES 9 & 14 IN SECTION VIII) | | NONE | O | W | ADDITIONAL INVESTMENT | 3/19 | L | | |
| 608 | | | | | ADDITIONAL INVESTMENT | 6/1 | J | | |
| 609 | | | | | ADDITIONAL INVESTMENT | 11/17 | J | | |
| 610 | | | | | DISTRIBUTION | 11/17 | J | | |
| 611 BLACKSTONE REAL ESTATE PARTNERS (SEE NOTES 9 & 14 IN SECTION VIII) | | NONE | P1 | W | DISTRIBUTION | 2/6 | J | | |
| 612 | | | | | ADDITIONAL INVESTMENT | 3/5 | K | | |
| 613 | | | | | ADDITIONAL INVESTMENT | 4/15 | J | | |

| | A. | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 614 | | | | | | ADDITIONAL INVESTMENT | 9/23 | J | | |
| 615 | | | | | | ADDITIONAL INVESTMENT | 12/9 | K | | |
| 616 | | | | | | ADDITIONAL INVESTMENT | 12/23 | K | | |
| 617 | CENTERVIEW CAPITAL (SEE NOTE 9 IN SECTION VIII) | A | K-1 DISTR | M | W | ADDITIONAL INVESTMENT | 3/20 | J | | |
| 618 | | | | | | DISTRIBUTION | 3/20 | J | | |
| 619 | BIRDS EYE FOODS (SEE NOTE 15 IN SECTION VIII) | . | NONE | | | SOLD | 12/30 | P1 | H1 | Pinnacle Food Group |
| 620 | DYNA VOX (SEE NOTE 15 IN SECTION VIII) | | NONE | N | W | RETURN OF CAPITAL | 12/30 | J | | |
| 621 | VESTAR ASSOCIATES II (Y) (SEE NOTE 10 IN SECTION VIII) | | | | | | | | | |
| 622 | VESTAR CAPITAL PARTNERS/ASSOC. III (SEE NOTE 10 IN SECTION VIII) | F | K-1 DISTR | | | | | | | |
| 623 | VESTAR CAPITAL PARTNERS/ASSOC. IV & AIV (SEE NOTES 10 & 14 IN SECTION VIII) | D | K-1 DISTR | L | W | | | | | |
| 624 | VESTAR CAPITAL PARTNERS/ASSOC V (SEE NOTE 10 IN SECTION VIII) | B | K-1 DISTR/ DIVIDEND | | | DEEMED CAPITAL CALL | 9/30 | J | | |
| 625 | CONSOLIDATED CONTAINER (SEE NOTE 15 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 626 | ST JOHNS KNITS (SEE NOTE 15 IN SECTION VIII) | | NONE | O | W | | | | | |
| 627 | ARGO TECH (SEE NOTE 15 IN SECTION VIII) | | NONE | K | W | RETURN OF CAPITAL | 12/30 | K | | |

| | A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 628 | AZ ELECTRONIC MATERIALS<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | M | W | | | | | |
| 629 | CCS INCOME TRUST<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | M | W | | | | | |
| 630 | CESARE FIORUCCI<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | N | W | | | | | |
| 631 | DUFF & PHELPS<br>(SEE NOTE 15 IN SECTION VIII) | C | DIVIDEND | O | W | RETURN OF CAPITAL | 6/2 | M | F | |
| 632 | | | | | | RETURN OF CAPITAL | 12/30 | K | | |
| 633 | ESSENT HEALTHCARE<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | O | W | | | | | |
| 634 | GLEASON CORP<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | M | W | | | | | |
| 635 | THE SUN PRODUCTS CORP<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 636 | MEDI-MEDIA<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | M | W | | | | | |
| 637 | NATIONAL MENTOR HOLDINGS<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | M | W | | | | | |
| 638 | NYBRON FLOORING<br>(SEE NOTES 12 & 15 IN SECTION VIII) | | NONE | | | RETURN OF CAPITAL | 5/22 | J | | |
| 639 | | | | | | RETURN OF CAPITAL | 6/2 | J | | |
| 640 | OGF GROUP<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | N | W | | | | | |

| | A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 641 | PARIS RE (SEE NOTE 15 IN SECTION VIII) | | NONE | M | W | | | | | |
| 642 | PRESS GANEY (SEE NOTE 15 IN SECTION VIII) | | NONE | N | W | | | | | |
| 643 | RADIATION THERAPY (SEE NOTE 15 IN SECTION VIII) | | NONE | M | W | | | | | |
| 644 | SEVES SPA (SEE NOTE 15 IN SECTION VIII) | | NONE | J | W | ADDITIONAL INVESTMENT | 11/18 | J | | |
| 645 | SOLO CUP COMPANY (SEE NOTE 15 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 646 | SUNRISE MEDICAL/JOERNS HEALTHCARE (SEE NOTE 15 IN SECTION VIII) | | NONE | O | W | | | | | |
| 647 | SYMETRA FINANCIAL (SEE NOTE 15 IN SECTION VIII) | | NONE | O | W | | | | | |
| 648 | VALIDUS HOLDINGS (SEE NOTE 15 IN SECTION VIII) | E | DIVIDEND | P1 | W | | | | | |
| 649 | WILTON RE HOLDINGS (SEE NOTE 15 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 650 | AVON DISTRIBUTION LLC (SEE NOTES 1 & 3 IN SECTION VIII) | | NONE | | | FINAL DISTRIBUTION | 12/22 | O | G | |
| 651 | FLAG VENTURE PARTNERS (SEE NOTES 9 & 14 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 652 | RED ABBEY (SEE NOTE 9 IN SECTION VIII) | | NONE | N | W | ADDITIONAL INVESTMENT | 1/29 | K | | |
| 653 | | | | | | ADDITIONAL INVESTMENT | 4/30 | K | | |

| A. | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 654 | | | | | ADDITIONAL INVESTMENT | 10/15 | K | | |
| 655  SENTINEL CAPITAL PARTNERS/SENTINEL PARTNERS (I)  (Y) (SEE NOTE 10 IN SECTION VIII ) | | | | | | | | | |
| 656  SENTINEL CAPITAL PARTNERS/SENTINEL PARTNERS (II) (SEE NOTES 10 & 14 IN SECTION VIII ) | A | K-1 DISTR | | | | | | | |
| 657  SENTINEL CAPITAL PARTNERS  (III) (SEE NOTE 10 IN SECTION VIII ) | F | K-1 DISTR | | | | | | | |
| 658  SENTINEL CAPITAL PARTNERS  (IV) (SEE NOTES 10 & 11 IN SECTION VIII ) | E | K-1 DISTR | | | | | | | |
| 659  CREDIT INFONET HOLDINGS (SEE NOTE 15 IN SECTION VIII ) | | NONE | M | W | INITIAL INVESTMENT | 1/29 | M | | |
| 660  INSCAPE  (SEE NOTE 15 IN SECTION VIII ) | | NONE | N | W | | | | | |
| 661  INTERIM HEALTHCARE (SEE NOTE 15 IN SECTION VIII ) | | NONE | O | W | | | | | |
| 662  LTI FLEXIBLE PRODUCTS (SEE NOTE 15 IN SECTION VIII ) | | NONE | M | W | ADDITIONAL INVESTMENT | 11/17 | M | | |
| 663  MADILL CORP (SEE NOTES 8 & 15 IN SECTION VIII ) | | NONE | | | | | | | |
| 664  METROPOLITAN DENTAL (SEE NOTES 12 & 15 IN SECTION VIII ) | | NONE | | | ESCROW RELEASE | 1/5 | M | G | |
| 665  MIDWEST WHOLESALE HARDWARE (SEE NOTE 15 IN SECTION VIII ) | | NONE | M | W | | | | | |
| 666  NORTH AMERICAN RESCUE HOLDINGS | | NONE | M | W | INITIAL INVESTMENT | 10/28 | M | | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| | (SEE NOTE 15 IN SECTION VIII) | | | | | | | | | |
| 667 | PRECISION PIPELINE SOLUTIONS<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | L | W | INITIAL INVESTMENT | 10/28 | L | | |
| 668 | REACHOUT HEALTHCARE<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | O | W | ADDITIONAL INVESTMENT | 1/5 | L | | |
| 669 | SOUTHERN CALIFORNIA PIZZA CO<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | O | W | ADDITIONAL INVESTMENT | 11/17 | M | | |
| 670 | SPINRITE<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 671 | STRATEGIC PARTNERS<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 672 | TRINITY CONSULTANTS HOLDINGS<br>(SEE NOTE 15 IN SECTION VIII) | D | INTEREST | N | W | | | | | |
| 673 | TRUSSBILT HOLDINGS<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | N | W | | | | | |
| 674 | VINTAGE HOLDINGS<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | O | W | | | | | |
| 675 | SCIENS CAPITAL PARTNERS<br>(SEE NOTE 9 IN SECTION VIII) | | NONE | L | W | | | | | |
| 676 | NORTHERN HELLENIC HOLDINGS LLC<br>(SEE NOTES 6, 9 & 14 IN SECTION VIII) | | NONE | N | V | | | | | |
| 677 | PARK AVENUE PARTNERS<br>(SEE NOTES 9 & 14 IN SECTION VIII) | E | K-1 DISTR | O | W | DISTRIBUTION | 6/10 | K | | |
| 678 | | | | | | ADDITIONAL INVESTMENT | 8/14 | K | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 679 QUINTANA ENERGY PARTNERS<br>(SEE NOTES 9 & 14 IN SECTION VIII) | NONE | | O | W | ADDITIONAL INVESTMENT | 12/1 | K | | |
| 680 NB CO-INVESTMENT PARTNERS LP/CAYMAN AIV LP<br>(FKA LEHMAN BROTHERS CO-INVESTMNT LP/CAYMAN AIV LP)<br>(SEE NOTES 9 & 14 IN SECTION VIII) | NONE | | P1 | W | ADDITIONAL INVESTMENT | 7/30 | K | | |
| 681 | | | | | DISTRIBUTION | 7/30 | L | | |
| 682 | | | | | ADDITIONAL INVESTMENT | 12/14 | K | | |
| 683 | | | | | DISTRIBUTION | 12/14 | J | | |
| OTHER INVESTMENTS/NOTES RECEIVABLE (684 - 722)<br>684 CHESAPEAKE PARTNERS<br>(SEE NOTE 1 IN SECTION VIII) | NONE | | P1 | U | PARTIAL WITHDRAWAL | 1/5 | P1 | | |
| 685 FARALLON CAPITAL PARTNERS<br>(SEE NOTES 1 & 14 IN SECTION VIII) | NONE | | P1 | U | PARTIAL WITHDRAWAL | 1/22 | O | | |
| 686 | | | | | PARTIAL WITHDRAWAL | 2/26 | M | | |
| 687 | | | | | PARTIAL WITHDRAWAL | 3/31 | M | | |
| 688 | | | | | PARTIAL WITHDRAWAL | 5/4 | M | | |
| 689 | | | | | PARTIAL WITHDRAWAL | 6/10 | J | | |
| 690 | | | | | PARTIAL WITHDRAWAL | 6/26 | L | | |
| 691 | | | | | PARTIAL WITHDRAWAL | 7/29 | L | | |
| 692 | | | | | PARTIAL WITHDRAWAL | 8/24 | K | | |
| 693 | | | | | PARTIAL WITHDRAWAL | 8/27 | L | | |
| 694 | | | | | PARTIAL WITHDRAWAL | 10/6 | K | | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br><br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 695 | | | | | PARTIAL WITHDRAWAL | 11/5 | K | | |
| 696 | | | | | PARTIAL WITHDRAWAL | 11/10 | K | | |
| 697 | | | | | PARTIAL WITHDRAWAL | 12/15 | K | | |
| 698 | | | | | PARTIAL WITHDRAWAL | 12/30 | J | | |
| 699 AXIOM INTERNATIONAL INVESTORS LLC<br>(SEE NOTE 1 IN SECTION VIII) | G | K-1 DISTR | P1 | U | | | | | |
| 700 THE BLENHEIM FUND LLC<br>(SEE NOTE 1 IN SECTION VIII) | G | K-1 DISTR | P1 | U | | | | | |
| 701 BREVAN HOWARD, LP<br>(SEE NOTE 16 IN SECTION VIII) | | NONE | P1 | V | INITIAL INVESTMENT | 12/23 | P1 | | |
| 702 PAULSON ADVANTAGE, LP<br>(SEE NOTE 16 IN SECTION VIII) | | NONE | P1 | V | INITIAL INVESTMENT | 12/23 | P1 | | |
| 703 PORTAGE PARTNERS<br>(SEE NOTE 1 IN SECTION VIII) | | NONE | | | WITHDREW | 2/27 | K | | |
| 704 SABRETOOTH ONSHORE FUND<br>(SEE NOTE 1 IN SECTION VIII) | D | K-1 DISTR | N | U | INITIAL INVESTMENT | 7/27 | N | | |
| 705 TOWLE CAPITAL PARTNERS<br>(SEE NOTE 1 IN SECTION VIII) | E | K-1 DISTR | O | U | | | | | |
| 706 WHALE ROCK FLAGSHIP FUND<br>(SEE NOTE 1 IN SECTION VIII) | G | K-1 DISTR | P1 | U | | | | | |
| 707 F E RICHARDSON & CO<br>(SEE NOTES 1, 13 & 14 IN SECTION VIII) | | NONE | L | V | ADDITIONAL INVESTMENT | 1/30 | L | | |
| 708 | | | | | ADDITIONAL INVESTMENT | 2/6 | L | | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 709 | | | | | ADDITIONAL INVESTMENT | 3/6 | K | | |
| 710 | | | | | ADDITIONAL INVESTMENT | 3/20 | K | | |
| 711 | | | | | ADDITIONAL INVESTMENT | 5/20 | K | | |
| 712 | | | | | ADDITIONAL INVESTMENT | 6/2 | L | | |
| 713 | | | | | ADDITIONAL INVESTMENT | 6/24 | M | | |
| 714 | | | | | ADDITIONAL INVESTMENT | 7/30 | K | | |
| 715 | | | | | ADDITIONAL INVESTMENT | 9/25 | K | | |
| 716 | | | | | ADDITIONAL INVESTMENT | 10/23 | K | | |
| 717 | | | | | ADDITIONAL INVESTMENT | 11/23 | K | | |
| 718 | | | | | ADDITIONAL INVESTMENT | 12/23 | K | | |
| 719 OP40 INC (SEE NOTE 5 IN SECTION VIII) | | NONE | L | W | | | | | |
| 720 OSCAR S SCHAFER PARTNERS II (SEE NOTE 1 IN SECTION VIII) | | NONE | P1 | U | PARTIAL WITHDRAWAL | 1/5 | P1 | | |
| 721 NOTE RECEIVABLE - PETER JONES | B | INTEREST | | | NOTE REPAID | 2/2 | L | | |
| 722 HAWK GROUP S.A. (SEE NOTE 5 IN SECTION VIII) | | NONE | N | W | ADDITIONAL INVESTMENT | 1/29 | L | | |
| PROFIT SHARING PLAN FUNDS   (LINES 723 - 724) | | | | | | | | | |
| 723 — ING T. ROWE PRICE EQ INCOME PT | | NONE | M | T | | | | | |
| 724 — ING MARSICO INTERNATIONAL OPP PORT | | NONE | K | T | | | | | |

| | A. | B. | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 725 | TRUST #1   (LINES 726 - 739 ) | E | DIV/INT | O | T | | | | | |
| 726 | — GOLDMAN SACHS BANK DEPOSIT/CASH #4 (FKA GOLDMAN SACHS BANK DEPOSIT/CASH #5 ) | | | | | | | | | |
| 727 | — ABBOTT LABORATORIES COMMON STOCK | | | | | PARTIAL SALE | 2/27 | K | E | |
| 728 | | | | | | PURCHASE | 4/6 | K | | |
| 729 | — AMERICA MOVIL COMMON STOCK | | | | | | | | | |
| 730 | — BLACKROCK, INC COMMON STOCK | | | | | | | | | |
| 731 | — DEVON ENERGY CORP COMMON STOCK | | | | | PURCHASE | 5/8 | M | | |
| 732 | — GENERAL ELECTRIC CO COMMON STOCK | | | | | | | | | |
| 733 | — HEWLETT-PACKARD CO COMMON STOCK | | | | | SOLD | 2/20 | L | | |
| 734 | — JOHNSON & JOHNSON  COMMON STOCK | | | | | PARTIAL SALE | 2/27 | K | E | |
| 735 | — KRAFT FOODS INC COMMON STOCK | | | | | | | | | |
| 736 | — PHILIP MORRIS | | | | | | | | | |
| 737 | — SONIC CORP COMMON STOCK | | | | | | | | | |
| 738 | — WALGREEN CO COMMON STOCK | | | | | PURCHASE | 4/6 | K | | |
| 739 | — WHITE MTNS INS GROUP COMMON STOCK | | | | | SOLD | 2/20 | K | | |
| 740 | TRUST #2   (LINES 741 - 743 ) | B | DIVIDEND | M | T | | | | | |
| 741 | — BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| 742 | — JENNISON 20/20 FOCUS FUND   (MUTUAL FUND ) | | | | | | | | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 743 — THIRD AVENUE INTL VALUE (MUTUAL FUND) | | | | | | | | | |
| 744 TRUST #3 (LINES 745 - 746) | A | DIVIDEND | L | T | | | | | |
| 745 — BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| 746 — JENNISON 20/20 FOCUS FUND (MUTUAL FUND) | | | | | | | | | |
| 747 RENTAL PROPERTY - NEW YORK, NY (6/15/2005 $850,000) | D | RENT | O | R | | | | | |

ADS - 5/10/2010
Disk 2009 Disclosure File 09discl

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M. | 5/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

See attached

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS

### NOTE 1

If there was either a partial withdrawal or no withdrawal from this S corporation or partnership during the reporting year, all K-1 activity (interest, dividends, capital gains, ordinary income, etc.) was netted together, and, if that net figure was larger than the required income threshold, it was included in Column B.(1) with Column B.(2) noting "K-1 DISTR" (K-1 Distribution). If the K-1 activity netted to a loss, then Column B.(1) was left blank and "NONE" was included in Column B.(2).

If the S Corporation or partnership interest was either sold or fully withdrawn from during the reporting year, the capital gain amount is included in Column D along with other transaction details. The remaining K-1 figures were netted together, and if larger than the required income threshold, included in Column B.(1) with Column B.(2) noting "K-1 DISTR".

Both of the above approaches were obtained from Mr. George Reynolds, Financial Disclosure Examiner.

### NOTE 2

For put options that were sold short and then expired, the gain is included on the "EXPIRED" line because that was when the gain was realized. Since the option was sold short, though, the value was recorded at the time of sale and included on the "SOLD SHORT" line. Therefore, there is no value code listed on the "EXPIRED" line. For puts/calls that expired, there is no value code listed in Column D.(3) because the warrants were worthless.

### NOTE 3

This LLC's only asset was an office building. The building was sold in 2009 and the funds were distributed to the limited partners. The company issued its final K-1 in 2009. Hence, there is no value code listed in Column C.(1).

### NOTE 4

This asset had no value on the books as of the end of the year. Therefore, there is no value code reported in Column C.(1). However, the K-1 reported income over the threshold level so the asset is reportable.

### NOTE 5

There are many investments in non-public companies. The estimated market values used for all such investments, unless otherwise noted, are based upon the current knowledge of the worth of such companies, discussions with the companies' management and company issued reports.

## NOTE 6
Either the Ending Capital Account value from the entity's 2009 K-1, or an estimate of the same, was used to determine its year-end value code for Column C.(1).

## NOTE 7
For those entities which issued K-1s, if the K-1 netted to a loss but there was another source of income from the entity, the source of the other income is listed instead of "NONE". If there was K-1 income and an additional source of income, both amounts were summed to determine the code for Column B.(1) and both types of income are noted in Column B.(2).

## NOTE 8
Although there is an investment in this company, it is considered worthless. Therefore, there is no year-end value code reported in Column C.(1). However, since it is a Sentinel Capital portfolio company, it is deemed reportable. See Note 17 for more information.

## NOTE 9
There is a limited partnership interest in this entity. Since neither the filer nor her spouse can "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity", *Financial Disclosure Filing Instructions, page 35,* the assets held by the partnership are not reportable.

If the partnership had a capital call for an investment in a specific company, "ADDITIONAL INVESTMENT" is noted in Column D.(1). The name of the underlying company is not listed. Further, if the partnership either returned capital or sold one of its investments and returned funds to the reporting ⬛ "DISTRIBUTION" is listed in Column D.(1). Neither the name of the underlying company nor the gain amount is listed.

The entity's K-1 is considered the source document for all income from this investment (including capital gains/losses). All K-1 activity was netted together and if greater than the required income threshold, included in Column B.(1) with Column B.(2) noting "K-1 DISTR". If the K-1 activity netted to a loss, then Column B.(1) was left blank and "NONE" was included in Column B.(2).

## NOTE 10
There are several Vestar and Sentinel Partnerships (See Lines 621-624 and 655-658 in Section VII). The portfolio companies they own are all listed separately on this report because the filer's spouse "can direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity," *Financial Disclosure Filing Instructions, page 35.*

In Vestar III, IV and V and Sentinel II, III and IV, there is both a limited partner (LP) and general partner (GP) interest (each interest is housed in a different partnership). For purposes of this report, the K-1 information for the LP/GP interests of each Fund is combined and included on one line. This approach matches the way the Funds' portfolio companies are included on this report (the GP/LP interests are both included when determining the value code for Column C.(1)). For Vestar II, Vestar Equity Partners II filed its final K-1 in 2006 and Vestar Associates II filed its final K-1 in 2008. Therefore, Vestar II is no longer reportable. For Sentinel Capital Partners I, the 2008 K-1s were final. Therefore, Sentinel I is no longer reportable.

Each year, there is a K-1 from each of the partnerships. The K-1s summarize all of the ordinary income (loss), portfolio income, capital gains/losses, etc., for all of the underlying companies. To avoid double counting, if an underlying company was sold, the capital gain/loss is included on the line where the actual company is listed and is excluded from the K-1 income reported in Column B.(1) for each of the partnerships.

The remaining K-1 items were netted together. If the net amount was larger than the required income threshold, that amount was included in Column B.(1) with Column B.(2) noting "K-1 DISTR". If the K-1 activity netted to a loss, then "NONE" is included in Column B.(2). As a result, since all K-1 activity is accounted for at the partnership level, the underlying companies which are listed separately do not show any income in Column B.(1) (unless there is an item that is not included on the K-1).

Of the Vestar Funds and the Sentinel Funds, only Vestar IV had a value on the books as of the end of 2009. Therefore, there is no market value reported in Column C.(1) for any of the other funds. Because the Partnerships' portfolio companies are listed separately on this report, the partnerships themselves oftentimes show no market value.

### NOTE 11
Sentinel Capital Partners IV started purchasing portfolio companies in 2009. All such companies are listed separately on this report. See Note 10 for additional information.

### NOTE 12
This company was either written off or sold in a prior year. Therefore, there is no year end value reported in Column C.(1).

### NOTE 13

The filer's ⬚ is the sole shareholder of this S corporation. The company's assets are limited to office furniture, office equipment, a checking account, a money market account and two limited partnership interests in Cosmos and Hawk which are listed separately on this report (See Lines 596 and 722 in Section VII). The value used to determine the year-end valuation code was the checking/money market account balances plus the office furniture/equipment balance (less accumulated depreciation).

**NOTE 14**

This company's 2009 K-1 was not received by the May 15, 2010 Disclosure Report filing deadline. Therefore, the company's income has been estimated. Once the actual K-1 is received, if the income code based on the actual K-1 differs from the code reported in this report, a letter explaining the difference will be filed with the Committee.

**NOTE 15**

This investment is made through either a Vestar or a Sentinel partnership (See Lines 621-624 and 655-658 in Section VII). Since the filer's ▓▓▓ can "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity", *Financial Disclosure Filing Instructions, page 35*, the partnership's assets must be listed separately on this report. As a result, this company is reportable.

All transactions (investments, sales and related gain/(loss), distributions, etc.) are reported for the company. Any K-1 income (excluding gain/(loss) on sales) attributable to the company, however, is included in the partnership's line. If income was received separate from the K-1, it is recorded on the portfolio company's line in Column B. See Note 10 for more information.

**NOTE 16**

Funds for this investment were wire transferred on 12/23/09. However, the investment was not accepted into the LP until 1/1/2010. Therefore, the cost of the investment was used as the market value of the investment as of year-end. There was no K-1 issued for 2009.

**NOTE 17**

This was a money market/cash account attached to an investment account. The money market was redeemed and closed on December 16. The investment is listed separately on this report (See Line 680 in Section VII). Neither the income nor the cash balance at year-end met the threshold for reporting. However, since the cash account is associated with a reportable investment, the account is deemed reportable.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington. D.C. 20544